PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **June Minette Acra**                    Case Number: **1:00CR00011**

Name of Sentencing Judicial Officer:    **The Honorable Timothy S. Hogan**
**United States Magistrate Judge**

Date of Original Sentence: **May 12, 2000**

Original Offense: **Willfully Failing to File a 1995 Income Tax Return**

Original Sentence: **60 months probation**

Type of Supervision: **Probation**                    Date Supervision Commenced: **May 12, 2000**

## NON-COMPLIANCE SUMMARY

On May 12, 2000, Acra was placed on probation for a period of 60 months for a conviction of Willfully Failing to File a 1995 Income Tax Return. She was also ordered to pay $39,700 in restitution and a $25 special assessment. The United States Probation Office for the Middle District of Florida has supervised Acra's probation as she resides in their district. Acra has complied with all of the conditions of probation. She paid her special assessment and $8,095 toward her restitution. She has been self-employed providing support to THECEU.COM, LLC. Through this employment, Acra establishes training opportunities for physicans. Acra's term of probation is due to expire on May 11, 2005. Since she has complied with the conditions of probation, it is respectfully recommended that her case be permitted to expire with a restitution balance. The Financial Litigation Unit of the United States Attorney's Office has been notified that Acra's probation is due to expire with a restitution balance.

U.S. Probation Officer Action: **Allow Acra's probation to expire on May 12, 2005 with a restitution balance.**

Respectfully Submitted By,

Mark R. Grawe
U. S. Probation Officer
Date:    May 4, 2005

Approved By,

John C. Cole
Supervising U. S. Probation Officer
Date: May 4, 2005

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date